FILED
U.S. District Court
District of Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AUG 13 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

Carl E Watson                          )
                                       )
_____         )
                                       )
_____         )
(Enter above the full name of the Plaintiff(s)  )
                                       )
vs.                                    )     Case Number  6:25-cv-1174-EFM-BGS
                                       )
Attorney General Kris Kobach           )
Name                                   )
120 SW 10TH Ave, 2nd Fl                )
Street and number                      )
Topeka, KS 66612-2215                  )
City          State        ZipCode  )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

      A.    Name of plaintiff Carl E Watson _____

            Address 7130 W Maple St., Ste 230 _____

            PMB 241

            Wichita, KS 67209

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.     Defendant Attorney General Kris Kobach _____ is

employed at Attorney General's Office/Civil Office Department against the

DMV in Wichita _____

C.     Additional Defendants_____

_____

_____

II.     Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

    1.     Plaintiff is a citizen of the State of _____ Kansas _____.

    2.     The first-named defendant above is either

        a.  a citizen of the State of _____ Kansas _____ ; or

        b.  a corporation incorporated under the laws of the State of

        _____ and having its principal place of business

        in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

        a.     a citizen of the State of _____ ; or

        b.     a corporation incorporated under the laws of the State of

        _____ and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.      (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.     This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☑ 2.     This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.     Other grounds (specify and state any statute which gives rise to such grounds):

Defamation/Slander;

Violations of the state's DMV Laws;

Ignoring or not checking the Georgia State laws.

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I indicated on the appointment form of my Disability status as I was informed to

retrieve two MVR'S to apply for a driver's license. I returned with a 3-page MVR

from Georgia but instead of referring me to the lower counter I was referred to th

high counters. The Hispanic female employee told me that the first page was

missing. The 1999 MVR indicated that the license was returned in 2001.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

I want the state to acknowledge that my last Tennesse license appears after the

Georgia the alleged driver's license so I qualify for a new Kansas driver's license.

The first page is irrelevant as it was only a receipt of payments.

V.     Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
       Yes ☒    No ☐

VII.   Do you claim punitive monetary damages?    Yes ☒    No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I have multiple disabilities that limit me under Section 504 of the Rehabilitation Ac

and I must walk with my rollator. I motivate 95% of the time in my electric wheel

chair. I made two trips to the DMV with my driver from a transportation company

which hurts and cost me money each time.  I am trying to get a lift so I will not

have to walk no further than the driver's seat to the lift. Now I must try to find an

attorney and still make another visit to the DMV hopefully the last time.

VIII.   Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

One time that I made a complaint to the city's government, they did not

follow their policy. I struggle to get an attorney and the references are just

a waste of my disabled time.

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☐    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

s/ C.E. Watson
_____
Signature of Plaintiff

    Carl E Watson
_____
Name (Print or Type)

7130 W Maple St., Ste 230, PMB 241
_____
Address

Wichita, KS 67209
_____

City        State        Zip Code

(913) 712-0194
_____

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City , or [ ] Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

s/ CE Watson
_____

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No } 
(Select One)

s/ CE Watson
_____

Signature of Plaintiff

Dated: 08/05/2025
(Rev. 10/15)

6

KANSAS LAWS

I. RACIAL AND SEXUAL DISCRIMNATION.

A. The female employee was a Hispanic or Latino who knew or should have known that I was sitting on a seat [rollator] while she was talking to me.

1. I am a male of an African Native American race, and our mother was a full-blooded Choctaw Indian who was born and raised in Columbus, MS.

a. I walked to the counter from the waiting area about half way then I sat down and my transportation driver handed the employee my paperwork.


B. She falsely alleged that page one of the Georgia MVR was not present with all the other papers that were presented to her by my transportation driver.

a. She indicated that page two indicated that my alleged license in Georgia was "suspended". I had given her all three pages, and I explained that page one only had receipt amounts of $25.00 and $8.00 paid to the DDS in May and June 2025.

b. She has DEFAMED with SLANDER alleging that page one was not presented. Page one is irrelevant to her/their decision AND STOLE my page.

1. Page two has a Georgia Seal at the top of the page while page three does not.

a. Page two indicated that the alleged 1999 Georgia driver's license was "surrendered" on Feb 28, 2000 and it states that NO Citations were listed.


C. I also was discriminated against based upon not being Accommodated due to my apparent multiple physical disabilities.

1. I walk with a rollator because I have an imbalance and with limitations in sitting, walking, and standing under Section 504 of the Rehabilitations Act of 1973 by the VA in 1990 and the Social Security Administration in 2001.

a. Racial and Sexual discrimination is under Title VI of the Civil Rights Act of 1964.

D. Possible Separate or multidistrict litigation (1) When civil actions...series of transactions or occurrences are pending...

1. Kansas Law does not state that it has any law to deny me a new driver's license based upon a Reported date in 1999 in Georgia and with the State of Tennessee very clearly indicated that I had a driver's license in 1990-2025.

a. Georgia's Law has indicated that the alleged "suspension" was apparently taken care of I say because there was no driver's license applied for me.

b. If I must, I will file claims against Georgia asking for proof that I had filed an application for a driver's license and received it, contradictory to the dates.

**GEORGIA IS APPARENTLY STATING THAT THE RECENT 2025 MVR IS ALL OF THE RECORDS THAT IT HAS WHILE MY COMPLAINT WAS THAT IT IS FALSE.**

II. K.S.A. 8-234a – Definitions. (a) As used in the motor vehicle driver's license act, ...

A. (2) 'nonresident' ..." any person who...rents ...real estate ... in Kansas.... Shall be deemed a resident ...90 days ...".

1. "(4) 'address of principal residence'"

2. "(5) 'state'

**I AM A RESIDENT AND I HAVE BEEN SINCE 2001, THIS TIME. I LIVED HERE BEFORE IN THE LATE 70'S EMPLOYED AT BOEING AIRCRAFT.**

CASE ANNOTATION

B. KSA 8-262 – Driving while license ...suspended ...;

1. (a)(1) ...any person who drives ...of this state is ...suspended ...while such person's privilege to obtain a driver's license is suspended pursuant to K.S.A. 8-262a.

a. **I HAVE NOT PRESENTED TO THE KANSAS DMV A SUSPENDED DRIVER'S LICENSE. MY DRIVER'S LICENSE FROM TENNESSEE HAS JUST EXPIRED.**

b. **I PRESENTED, AS ASKED FOR MY TENNESSEE DMV THAT DOES NOT LIST ANY VIOLATIONS.**

III. First as I have already explained that I never applied for a Georgia driver's license and the State of Georgia can be asked to comply to the Georgia Law by proving, first:

A. If I applied for a Georgia driver's license in 1999 while under the Georgia Law the state must express why the alleged license was suspended.

1. When I requested for the MVR in June 2025 the State of Georgia did not indicate why I allegedly received a suspension as it was supposed to.

2. Under Georgia's Law it was supposed to have notified my state of the violation. I had a PO Box in Memphis from 1990-2000 but GA does not list this.

a. I had my TN state's driver's license, so this state [KS] is Defaming me with a possible Slanderous statement, as I never gave my driver's license to the State of Georgia. Where is the record that an alleged Georgia's license was being granted to me a contractor who was temporarily in Georgia. I also was in Alabama, North and South Carolina, Florida, Oklahoma, Missouri, Texas, and Arizona, just to name most states from 1998-2000 and I visited our mother in Mississippi while I visited Tennessee in between contracts.

3. I presented my Tennessee driver's license which was replaced in 2017 after it was stolen with my wallet in Memphis, Tennessee.

a. I moved to Nashville in 2000 temporarily employed before I applied for a disability claim in December 2000 at the SSA which was granted in 2001.

b. I am a veteran, so I visited the VA Hospital [VHA] in 2000 and I lived in VA housing in early 2000 before I moved into my own room, trailer and later apartment in 2001. I have medical records of all my visits from 1972.

c. I submitted a change of address after I settle down in 2001. I was not driving with a suspended driver's license in any state, and the State of Georgia will have to prove that I violated any law.


IV. The State of Kansas must explain why it refused to grant my application with the three pages given to the female employee.

A. I expressed that the first page was only a receipt of the $25.00 and the $8.00 that I paid. I will submit more evidence with the one given again.

1. I requested for a copy of the first page given to me the first time, but the Georgia DDS only gave me my mailing address page to apparently represent the page one even though I had indicated that the first page should indicate receipts.

a. Regardless, the State of Kansas needs to explain why my application to get a Kansas driver's license application to take a test and driving test was denied.

2. That alleged Georgia driver's license was thirty-five years ago and I have not violated any Kansas's Laws.

a. Both states need to be charged with various claims just so I can prove that the Georgia alleged violation was a long time ago beyond their limitations.


V. The VHA in Memphis in 1990 diagnosed my lower back with an IVDS and the VHA in Nashville diagnosed my hips with Osteoarthritis in 2000.

A. I only took Ibuprofen until 2004 then I was prescribed Hydrocodone by my Medicare doctors.

1. I have never been ticketed by a police for any reason in any state.

a. Look at Georgia's Laws where it states that it should have expressed why I had a suspension. A listing will be presented as evidence.

2. I was there in Georgia for less than two months and I had physical addresses.

VI. I will present for evidence the three pages sent to me excluding the first page similar the first time, except I have other pages that will prove that I paid the DDS $25.00 in May 2025.

A. The second Georgia person did acknowledge that I paid again another $8.00 to get a second copy except it excluded the first original page.

1. Regardless, why is Kansas making me charge George when the evidence is there in front of their face?

a. On page three of the DDS report states the Georgia State Law states that it should have my application and that it should have listed it in my report.

VII. I am still asking why the State of Kansas is denying my application to get another Kansas's driver's license as it did in the late seventy's?

A. I have never been denied a driver's license in four states including the State of Georgia which I never applied for a license. I had a Tennessee license.

1. My Tennessee driver's license and my Tennessee MVR list no violations in thirty-five years from 1990-2025 as presented to the DMV in June 2025.

a. All my evidence presented will be submitted again as evidence.

B. I do have multiple disabling conditions that was caused in Vietnam in 1968 in my back that includes my neck which has caused other disabling conditions.

1. I had never planned to do all this work to get a Kansas driver's license again based upon the Kansas and Georgia laws.

VIII. Under K.S.A. 8-262 – Driving while license [was allegedly] suspended;

A. **I WAS NOT DRIVING WITH A SUSPENDED DRIVER'S LICENCE EVER.**

B. Under K.S.A. 8-252 – Suspension ...of driving privileges of nonresident...person.

1. **I WAS NOT A NORESIDENT AND IT HAS NOT BEEN PROVEN THAT I DID NOT HAVE A LEGAL TENNESSE DRIVER'S LICENSE.**

C. Under K.S.A. 8-257 – Surrender of license;

1. **I NEVER APPLIED FOR A GEORGIA DRIVER'S LICENSE AND THE MVR INDICATES THAT IT IS A "COMPLETE LETTER" IN VIOLATION TO THE GEORGIA LAW BY NOT EXPLAINING WHY THE ALLEGED LICENSE WAS SUSPENDED. [PAGE 2.]**

**D. "**P.O. BOX 1064, WARNER ROBBINS, 31099-1064".

1. **I NEVER HAD A PO BOX IN GEORGIA. I DID HAVE AN APARTMENT FOR ONE MONTH. OTHERWISE, I STAYED IN A HOTEL.**

E. "Original Issue date: 12-Jan-1999"

**1. THIS WAS MY BIRTHDAY AND I WAS NOT IN GEORGIA THIS MONTH.**

F. "Issued: 07-Apr-1999"

**1. THIS CONTRADICTS THE ABOVE SENTENCE. NO PROOF OF AN APPLICATION IN COMPLIANCE TO GEORGIA LAW.**

G. "Surrendered: 28-Feb-2000".

**1. THIS STATES THAT THE ALLEGED LICENSE WAS SURRENDERED IN LESS THAN A YEAR.**

H. NOTE: "No Citation information was found on this individual"

**1. THIS INDICATES THAT THERE WERE NOT CITATION VIOLATIONS.**

UNDER WITHDRAWALS

I. "Violation Date: 20-Jan-1999"

**1. THIS CONTRADICTS THE ALLEGED DATE ABOVE WITH THE ALLEGED ISSUED DATE OF 07-APR-1999. HOW DID I COMMIT A VIOLATION PRIOR TO RECEIVING THE LICENSE?**

J. THE INFORMATION ABOUT ME CAME FROM MY TENNESSEE DRIVER'S LICENSE. MY DOB, MY GENDER, WAS OBVIOUS, THEN MY HEIGHT AND WEIGHT.

K. THE MVR DATE WAS 9-JULY-2025 AND IT WAS THE SECOND TIME I REQUESTED FOR MY MVR.

1. THIS MVR WAS SIGNED ON PAGE THREE AND THE GEORGIA LAW IS LOCATED THERE TOO. GA LAW 40-5-2.

a. I WILL INCLUDE THE FIRST MVR DATED EARLIER.

IX. K.S.A. 8-234b: Class of drivers' licenses; applications for original licenses; ...rules and regulations.

A. "(b) Every applicant...shall indicate...the class...for which the applicant...desires to drive."

X.  K.S.A. 8-235:

A. "(a) **No person shall receive a driver's license unless and until such person surrenders...by any other jurisdiction."**

**1. NOTE: THE MVR PRESENTED TO THE EMPLOYEE STATES THAT THE ALLEGED GEORGIA DRIVER'S LICENSE WAS "SURRENDER" BACK TO THE DMV.**

**a. THE EMPLOYEE DENIED MY APPLICATION JUST BECAUSE THE PAGE ONE SHE FALSELY ALLEGED WAS MISSING.**

XI. "(b) If a license is denied, the applicant may appeal such decision to the district court of the county...."

A. **I NEEDED TO ASK THE DSS IN GEORGIA TO SEND ME ANOTHER COPY OF THE MVR SENT TO ME IN JUNE 2025.**

**1. THE COPY SENT TO ME DOES NOT INCLUDE THE SAME PAGE ONE SENT TO ME THE FIRST TIME.**

**a. I WILL INCLUDE ANOTHER RECEIPT COPY OF THE $25.00 CHARGED ME.**

**2. SECONDLY, I HAVE MULTIPLE DISABILITIES AND IN ADDITION TO MY OTHER DISABILITIES, I HAD TO MAKE A DENTAL APPOINTMENT.**

**a. THE LAST WEEK IN JUNE I HAD TO RESCHEDULE ANOTHER DENTAL APPOINTMENT FOR THE FIRST WEEK IN AUGUST.**

**3. EVERY MONTH I MUST VISIT MY PAIN MANAGEMENT DOCTOR FOR AN OPIOID PRESCRIPTION THEN I MUST MAKE TWO VISITS FOR MY PRESCRIPTIONS AT THE END OF EACH MONTH.**

**a. EVERY THREE MONTHS I MUST GET AN INJECTION IN MY LEFT HIM. I TOLD MY DOCTOR IF I CAN GET AN INJECTION IN AUGUST 2025.**

**b. I WAS JUST NOTIFIED YESTERDAY THAT I HAVE AN APPOINTMENT ON THE 13TH OF THIS MONTH FOR AN INJECTION.**

**c. I WANTED TO HAVE SURGERIES ON MY HIPS IN ASIA BUT I CAN'T GET A DRIVER LICENSE HERE AND I HAVE NEVER HAD AN IDENTIFICATION.**

In Summary I never saw the alleged supervisor that the female employee alleged that she spoke to about my application.

Once again, the first page of the GA MVR is relevant to the report, because the $25.00 charge was for a "Safety Responsibility, Security". The two pages of the GA MVR offered all the relevant information regardless of what they say it does not say that any information should prevent my KS application from being denied.

The KS DMV has not presented any written reason why my application was denied or why any future application should be denied or refused. I am asking for a written reason now.

**<u>I HAVE A RECEIPT THAT PROVES THAT I PAID THE $25.00 TO PAY FOR THE SUSPENSION ONLINE IN APRIL 2025 BUT THE MVR DOES NOT STATE THIS.</u>**

**<u>I WILL PRESENT THE EVIDENCE PROVING THAT I PAID FOR THE ALLEGED SUSPENSION.</u>**

FINALLY: Correction; The first time we arrived I was told that I did not have the correct utility and rent bills. So, my transportation driver helped me.

The European America [EA]/white female employee that I visited the second time behind the counter had given to me some evidence that informed me to get the two MVR's and I will present that evidence.

DEFINITION: EA means non-racist person.

The Anglo Saxon [AS]/white female employee was sitting across from us the third time at the lowered counter where I was told I was waiting to see but I was referred to counter 10, a high counter.

**THE FEMALE EMPLOYEE DELIBERATELY CLAIMED TO HAVE NOT RECEIVE THE FIRST PAGE JUST SO SHE COULD DENY MY APPLICATION. NO ONE WROTE THE REASON WHY, BUT NOW I HAVE PROOF TO GET MY LICENSE.**

Thank you.

Sincerely,

s/ C.E. Watson

Carl E. Watson

7130 W Maple St., Ste 230

PMB 241

Wichita, KS 67209

cewatsonengr@outlook.com.

913-712-0194.





**Envelope**

**Recycle me**



ORIGIN ID:RSLA  (316) 794-9448
CARL WATSON
11628 E GEMSTONE LN APT 11

WICHITA, KS 67226
UNITED STATES US

SHIP DATE: 12AUG25
ACTWGT: 0.40 LB
CAD: 6570327/RDSA2650

BILL THIRD PARTY

TO
CLERKS OFFICE
401 N MARKET, RM 204

WICHITA KS 67202
(316) 916-4200          REF:
PO:                DEPT:

FedEx
Express

E

FedEx
TRK#
0201   8835 1438 1434

THU - 14 AUG AA
** 2DAY **

5A RSLA

67202
KS-US
ICT

9401438 12Aug2025 RSLA 581G4/A655/4848

259-2500