

Tiffanie Morgan

 **Department of Safety & Homeland Security**

MVR

Phone: (866) 903-7357

Visit Us Online



EX.-1A

May 24, 2025

dl.safet.tn.gov

CARL WATSON
4043 TARRY PARK APT 1
MEMPHIS TN  38118-2034

Letter ID:    L0840078896
Account ID:   076600724

| | | |
|---|---|---|
| | | Real ID: No |
| Lic Issue Date: 01/30/2017 | Lic Expiration Date: 01/30/2025 | Lic Class: D |
| Prm Issue Date: 00/00/00 | Prm Expiration Date: 00/00/00 | Permit Class: |
| Dr Lic No: 076600724 | Birthdate: ██/██/1948 | Original Issue Date: 01/12/1998 |
| Eye Color: Brown | Hair Color: Brown | Sex: Male |
| Height: 6 FT 1 IN | Weight: 180 | Race: African American |
| Non-CDL Status: Expired | CDL Status: Eligible | CDLP Status: Eligible |
| Non-CDL Eligibility: 00/00/00 | CDL Eligibility: 00/00/00 | CDLP Eligibility: 00/00/00 |
| | Hazmat Expire Date: 00/00/00 | |

Lic Restrictions:
Lic Endorsements:

Permit Restrictions:
Permit Endorsements:

Contains Offense Activity From 05/24/2015        Former State/Lic No: Unknown

| Offense Date | Conviction or Action Date | Date Received | ACD Code | Location/Court | Locator Number |
|---|---|---|---|---|---|

No violations for this record.

**Last Page**

---

http://www.tn.gov/safety/

Department's Mission: *"To serve, secure, and protect the people of Tennessee."*

sM0045