
EX.-1 B

GA DRIVER SVCS CSC 110
2201 EASTVIEW PARKWAY
CONYERS, GA 30013000
678-413-8491
WWW.DDS.GA.GOV

Cashier: SPENCER R MOORE

Transaction 1300539

| | |
|---|---|
| **Total** | **$8.00** |
| CREDIT CARD SALE | $0.00 |
| VISA 8357 | |

Retain this copy for statement validation

09-Jun-2025 10:18:45A
$8.00 | Method: KEYED
VISA XXXXXXXXXXXX8357
MANUALLY ENTERED
Reference ID: 516000521331
Auth ID: 05353D
MID: \*\*\*\*\*\*\*\*7880
AthNtwkNm: VISA
SIGNATURE

Payment VQKPFD9BH9PVY

Clover Privacy Policy
https://clover.com/privacy

CARL WATSON
11629 E GEMSTONE LN APT 11
WICHITA KS  67226-3184

 

## MVR Results as of 09-Jun-2025 Request Type: Complete History
### Letter ID: L1709472152

CARL EDWARD WATSON
PO BOX 1064
WARNER ROBINS GA 31099-1064

**DOB:** 12-Jan-1948
**License Number:** 058394991
**Gender:** Male
**Height:** 6' 1
**Weight:** 175

### Documents Issued

**License Class** C
**Issued:** 07-Apr-1999
**Expires:** 12-Jan-2003
**Surrendered:** 28-Feb-2000

**Type:** Regular
**Restrictions:** None

**Non-Commercial Privilege:** Suspended
**Commercial Privilege:** Suspended
**Limited Permit:** NA
**Current Points:** 0
**Original Issue Date:** 12-Jan-1999

### Driver History
### Years Requested: Lifetime

***** No Citation information was found on this individual *****

### Withdrawals(s)

**Description:** Safety Responsibility, Security
**Withdrawal Type:** Suspension
**Withdrawal Extent:** All
**Jurisdiction:** GA
**Served Date:**
**Served Type:**

**Violation Date:** 20-Jan-1999
**Effective Date:** 09-Aug-1999
**Withdrawal Expire Date:** Indefinite
**Reinstatement Date:** Not Available

Pursuant to order of the Commissioner, Department of Driver Services the undersigned is designated as an official custodian of the Department of Driver Services Records: as such I hereby certify that this is a true and correct copy

WATSON, CARL EDWARD                                    LICENSE NUM: 058394991

of the original or duplicate original as appears in the records of the Department of Driver Services.

Date ___6-9-2025___     Signed ___/s/ Weddebuş___

***** THIS CONCLUDES INFORMATION IN THE RECORDS FOR THIS DRIVER. *****

THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF DRIVER SERVICES AND IS FOR OFFICIAL COURT OR LAW ENFORCEMENT USE ONLY.

-CERTIFICATION-

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE GEORGIA DEPARTMENT OF DRIVER SERVICES I CERTIFY THIS TO BE A DULY AUTHENTICATED COPY OF THE RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT. AS SUCH THEY ARE ADMISSIBLE AS EVIDENCE IN ANY CIVIL OR CRIMINAL PROCEEDING. AS PRESCRIBED BY GA LAW 40-5-2 OF THE OFFICIAL CODE OF GEORGIA ANNOTATED.

_____/s/ Weddebuş_____
OFFICIAL CUSTODIAN