

EXHIBIT 1C-My response

I. Another Georgia MVR

A. Dated: 09 Jul 2025

1. Similar to the first GA MVR except I still did not receive page one as I had requested.

a. The charges for $25.00 and $8.00 were on page one.

2. I will present a copy if requested.

s/ CE Watson