

EX.-1D

☐ Outlook

## DDS Order Confirmation

From NoReply@drives.ga.gov <NoReply@drives.ga.gov>
Date Tue 5/27/2025 7:29 PM
To cewatsonengr@outlook.com <cewatsonengr@outlook.com>



This is an official communication sent to you by the Georgia Department of Driver Services regarding your online services transaction.

Thank you for using DDS Internet Services

## CARL EDWARD WATSON

Your order has been received and is being processed.

If you ordered a license or permit, your Online License/Permit Issuance Receipt will be available for 45 days. To view your receipt and to check your order status, click HERE. After logging in, click **Order Status, Receipts, and Transaction History**, then click **View Interim**.

**Card Holder:** Carl Watson
**Payment Confirmation Number:** 05734D
**DRIVES Confirmation Number:** 0-098-604-768
**Payment Date:** Tuesday, May 27, 2025 8:29:00 PM
**Payment Method:** VISA
**Last Four Digits of Credit Card #:** 8357
**Total Amount:** $25.00

| Payment Summary | |
|---|---|
| **Request** | **Cost** |
| Safety Responsibility Fee | $25.00 |

Please do not respond to this email directly, as any response to this email will not be received.
Please visit our website for more information dds.georgia.gov.

To ensure delivery of future emails, please add NoReply@drives.ga.gov to your address book or approved senders list.

*This message is for the named person's use only. It may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived or lost by any mistaken transmission. If you receive this message in error, please immediately delete it.*