

 DDS Online Services

< **Home**

## Pay Fees

To view or pay for your pending suspension, super speeder or reinstatement fees please enter your **date of birth** and the **Letter ID** provided on your notice:

Date of Birth

-1948

Letter ID

 

Don't have a notice?

Please enter your **Drivers License Number** and select which **state** it was issued from:

DL / ID Number

058394991

License State

GA - Georgia

Search

## Your Fees

Suspension Description:
Safety Responsibility, Security

Suspension Effective Date:
09-Aug-1999

Amount:
$25.00

Fee Description:
Safety Responsibility Fee

Notification Date:

Pay Fees

Privacy Statement
Contact Us