Ex. - 1F

EXHIBIT 1F

I. Exhibits that will not be presented to the Court unless they are requested.

A. My January 2025 expired driver's license.

1. My birth certificate was submitted to the DMV.

2. My apartment confirmation was submitted.

3. My gas utility confirmation was submitted.

4. My electricity confirmation was submitted.

5. My eye examination that is dated 04/23/2025 was submitted.

a. The examination was taken less than 60 days prior to applying to take the test and drive. I should not have to get another eye examination.

6. I did not take a copy of the MVR dated 07/09/2025 because it is the same as the first MVR prior to the employee removing the first page.

Thank you.

Sincerely,

s/ CE Watson