

EXX-1G

GEORGIA LAWS

I. O.C. Georgia [GA]

A. Section 40-1-1: Definitions.

1. (14) Driver:

2. (15) Driver's license:

3. (24) License:

(c) Any nonresident's...

25. Local authorities

35. Nonresident

36. Nonresident's operating privilege

B. Section 40-1-6: Uniform of law enforcement officers.

C. Section 40-1-8: Safe operations...

D. Title 40 - Motor vehicles and traffic [Section 40-1-1_ 40-16-8]

E. Chapter 5 – Driver's licenses [Section 40-5-1_40-5-179]

1. Article 2 – Issuance: Section 40-5-20.

a. Any person who is a resident of this state for 30 days shall obtain a Georgia driver's license before operating a motor vehicle...

b. This code section shall not apply to a person driving with a suspended license...

c. Any person who applies for a driver's license, ...shall indicate...is in possession of any other valid driver's license...

d. ...no person shall receive a driver's license unless...such person surrenders...all valid driver's licenses.

e. The department shall issue a receipt to a person eligible to be issued...

f. If a surrendered driver's license was issued by another jurisdiction...

g. No person shall be permitted to have more than one valid driver's license...

h. Any person licensed as a driver...may exercise the privilege thereby granted...

2. Article 1 - General provisions [Section 40-5-2] Keeping records of applications for licenses and information on licenses.

a. All applications granted; and

b. The name of every licensee whose license has been...suspended...shall note the reasons for such action.

c. the 'Motor Vehicle Safety Responsibility Act'

1) Section 40-5-75: Suspension of licenses by operation of law.

3. Article 3 – Suspension of driving privileges of nonresident – Section 40-5-51:

a. shall be subject to suspension...only when suspension is required by law for the violation.

b. The department is required, upon receiving a record of the conviction...of any offense, to forward a certified copy of...in the state wherein the person...is a resident.

II. First, Department or state needs to comply to its laws by proving that I applied for a Georgia driver's license.

A. Secondly, the Department or state needs to indicate why it did not indicate why I received a suspension as it was supposed to under its law in the MVR.

1. Twice I have requested for the MVR and twice the noncompliance of why I allegedly received a suspension was allegedly provided to me or in my record.

a. Please explain why I was asked to pay $25.00? Proof will be presented.

2. I asked for a copy of page one received the first time was not provided the second time as it was requested.

3. I have multiple disabilities, and I have had to make two trips to the DMV, and I was never informed by my previous residence that my driver license was suspended in Georgia and for what reason in 1999 or 2000. I lived in the same state in those years and longer.

a. I applied for my state's driver's license in 1990, and I had a PO Box in that city until I moved in 2000 to another city in the same state. I must and did notify the VA of my mailing address so that I could receive information. I was in Georgia for less than 60 days working as a contractor.

Thank you.

Sincerely yours,

s/ C.E. Watson

Carl E Watson

7130 W Maple St., Ste 230

PMB 241,

Wichita, KS 67209.

cewatsonengr@outlook.com.

913-712-0194.