## Out of State Transfer or First Time Kansas Credential



### 1. One Proof of Lawful Presence

- [ ] State-Issued Birth Certificate
- [ ] Unexpired Passport
- [ ] Certificate of Citizenship or Naturalization
- [ ] U.S. Consular Report of Birth Abroad
- [ ] Valid Permanent Resident Card
- [ ] Valid Employment Authorization Card
- [ ] Foreign students must present I-20 or DS-2019

*Birth registration cards, hospital certificates, foreign-born birth certificates, and Bureau of Census registrations cannot be accepted.*

### 2. Two Proofs of Kansas Residential Address
*Proof must be in your name*

- [ ] Cancelled Mail
- [ ] USPS Change of Address Form
- [ ] Utility Bill
- [ ] Lease Agreement

### 3. One Proof of Social Security Number

- [ ] Social Security Card
- [ ] 1040, W-2, or Tax Return *(Must show full SSN)*

### 4. Legal Name Change Document (If applicable)
*If the name on your lawful presence document is different than your current name, you will also need your legal name change document.*

- [ ] Government-Issued Marriage Certificate
- [ ] Court Order of Legal Name Change
- [ ] Divorce Decree with Name Change Declaration
- [ ] Adoption Decree

### 5. Out of State Credential (If applicable)
*If you have been issued a credential from another state, in addition to the above documents, you will need to present one document below.*

- [ ] Most recently issued out of state credential
  *Temporary copies or photocopies cannot be accepted*
- [ ] MVR or Clearance letter dated in the last 30 days
  *May be obtained by contacting the state that issued your out of state credential.*

EXHIBIT -1I [LETTER I]

I. Exhibit given to me to get two MVRs by a white/Anglo Saxon employee.

A. The states listed were thrown away.

1. This was given to me on my second visit to the DMV.

a. My first visit informed me that I did not have the correct utility and apartment documents.

s/ CE Watson