# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL E. WATSON | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-1174-EFM-BGS |
| | ) |
| ATTORNEY GENERAL | ) |
| KRIS KOBACH | ) |
|        Defendant. | ) |
| | ) |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant Kobach should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due September 29, 2025. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 13, 2025.

Dated this 22nd day of September 2025.

                                        Clerk of the United States District Court
                                        For the District of Kansas

                                        By: s/ J. Kendall
                                              Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this th day of September, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Carl E. Watson, I
7130 W Maple Street, Suite 230
PMB 241
Wichita, KS 67209
*Pro Se*

            */s/ James Eric Todd*
            James Eric Todd