CLERK

United States District Court

for Rm 204

Federal District of KS

Wichita District 67202

316-765-6339

FILED
U.S. District Court
District of Kansas

OCT 28 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| Carl E. Watson, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-1174-EFM-BGS |
| Attorney General of ) | |
| Kansas Kris Kobach ) | |
| Defendant. ) | |

## MOTION TO MODIFY ONE DEFENDANT

Carl E. Watson

7130 W Maple St., Ste 230, PMB 241,

Wichita, KS 67209.

cewatsonengr@aol.com

913-712-01294

MOTION TO MODIFY THE DEFENDANTS

I. I am just adding the first Defendant as Kansas Department of Revenue.

A. Replacing the Kansas Driver Motor Vehicle [DMV].

1. The Kansas Driver Motor Vehicle will be the second Defendant.


II. I am having difficulty with the forms to allow me to type in my information.

A. I will ask a clerk why the Court will not allow me to type in my information and whether I will be able to type in my information or not.

1.l I need to send this information to the Court as soon as possible.


III. I have notified this Court about my multiple disabilities:

A. One is that I suffer with an Arthritic Osteoarthritis [OA] condition in my right-hand thumb that interferes with my grasping anything including a writing pen.

1. I wear and have worn for two decades a brace supporting my thumb.

B. Both of my hands suffer with Tingling caused by a Peripheral Neuropathy condition in my neck.

C. My left arm suffers with a Numb condition and has since the 80's. It falls to sleep or feels if it falls to sleep periodically.

D. I have been diagnosed with an early-stage OA in my left knee.

E. I have been diagnosed with OA in both of my hips in 2000.

F. I was diagnosed with a Intervertebral Disk Syndrome [IVDS] Condition in my neck in 2014 and Lumbar area of my back in 1990 was caused by an accident in 1968.

1. This condition substantially limits me mostly in sitting, standing and walking.

a. I hold my head up when lying down to read my laptop.

G. I am partially blind in my left eye, so I am limited in seeing in my right eye.

1. I still experience a Dry eye condition in my right eye which also has been diagnosed with Glaucoma.

H. I have a hearing loss in both of my ears except the right ear has been diagnosed with Tinnitus.

IV. The Complaints and Summons will not change as both have gone to the Attorney Generals in separate states.

A. The Mashall's Office has submitted the complaints and summons to the AG's.

Thank you.

Sincerely Yours,

s/ CE Watson

Carl E. Watson

7130 W Maple St. Ste 230

PMB 241

Wichita, KS 67209.

[cewatsonengr@aol.com](mailto:cewatsonengr@aol.com).

913-712-0194.

CERTIFICATE OF SERVICE

The following transaction was sent by Carl E. Watson on 10/24/2025 at 12pm CST.

I hereby certify that on October 24, 2025, but I did not electronically file the foregoing with the Court using the CM/ECF yet, but I plan on trying, soon.

This was sent through FedEx to the Court's clerk on 10/24/2025.

Represented by:

1. James Eric Todd, the Assistant Attorney General, Office of the Attorney General, 120 SW 10TH Ave, 2nd Floor, Topeka, Kansas 66612-1597. James.todd@ag.ks.gov. (785) 296-3767. Attorney for Defendant.

2. The other defendant is the Attorney General of Georgia, Cris Carr, 40 Capitol Square, SW, Atlanta, GA 30334.

a. I do not know who the representative is for the AG yet.

Sincerely,

s/ C.E. Watson, Pro se party,

Carl E. Watson has registered with the District Court, and my registration has been accepted and approved. I will motion to electronically file in the appeals court as soon as possible even though I want ECF/CM now.

Email: cewatsonengr@aol.com

Address: 7103 W. Maple St., Ste 230,

PMB 241,

Wichita, KS 67209.

913-712-0194.

FROM: (316) 794-9448
CARL WATSON

Apt 11
11629 E Gemstone Ln Apt 11
WICHITA KS 67226
US

SHIP DATE: 27OCT25
ACTWGT: 0.10 LB
CAD: 6570327/ROSA2670
DIMMED: 12 X 9 X 1 IN

BILL 3rd PARTY

TO **Clerks Office**

**401 N Market**
**Rm 204**
**WICHITA KS 67202**
(316) 315-4200     REF:
INV:
PO:                 DEPT:

FedEx Ground
G



TRK# 8855 2201 9637

67202

9622 0417 3 (000 448 4075) 9 00 8855 2201 9637



259-8519

CLERKS OFFICE
401 N MARKET ST
RM 204
WICHITA KS
67202-2000-54

0672  TUE 10/28 04:31