IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Carl E. Watson )
)
)
)
)
)
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number 25-1174-EFM-BGS
)
Attorney General Kris W. Kobach )
Name )
120 SW 10th Ave., 2nd Floor )
Street and number )
Topeka, KS 66612-1597 )
City        State        ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.   Name of plaintiff Carl E Watson

        Address 7130 W Maple St., Ste 230

        PMB 241

        Wichita, KS 67209

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant Atty Gen Kris W. Kobach is

          employed at Atty Gen Office

          And Asst Atty Gen James Eric Todd

    C.    Additional Defendants Department of Revenue/DMV

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A. (If Applicable) Diversity of citizenship and amount:
        1.    Plaintiff is a citizen of the State of Kansas.
        2.    The first-named defendant above is either
            a. a citizen of the State of Kansas; or
            b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either
            a.    a citizen of the State of Kansas; or
            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

    B.    (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article _____, Section _____;
Statute, US Code, Title _____, Section _____.

☑ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

Defamation/Libelous statements

Title VI of Civil Rights

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The DMV has falsely alleged that I had a GA PO Box and a GA driver's license in 1999 that was returned in 2001.

The DMV has not stated how I had a Suspension or why and why I had a Tenn driver's license from 1998 [renewed] until 2025.

I was only in Georgia for less than two months as a contractor then I left.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

The DMV Hispanic female employee alleged that I had not given page one with the receipt indicating a $25 and $8 paid to GA on the MVD. She then pointed to th suspension listed on the GA MVR without a reason or explanation.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$1000,000. This false and unexplained statement about the suspension and no apparent reason why so that my driver's license was denied.

I informed the DMV that I am disabled and I was told that we were waiting for the lower counter-top only to be sent to a high counter-top where I could not see the paperwork that the employee had received by me or see what she did with my pa e one.

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I struggled with my disabilities just to live and I have another case in 2025.

_____

_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

☑ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 25-1174-EFM-BGS and assigned to the Honorable Judge _____.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

s/ CE Watson
Signature of Plaintiff

Carl E Watson
Name (Print or Type)

7130 W Maple St., Ste 230, PMB 240
Address

5

|  |  |  |
|---|---|---|
| Wichita, | KS | 67209 |
| City | State | Zip Code |

(913) 712-0194
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City, or [ ] Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

s/ CE Watson
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No }
(Select One)

s/ CE Watson
Signature of Plaintiff

Dated: 10/26/2025
(Rev. 10/15)

6

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CARL E. WATSON

**DEFENDANTS**
ATTY. GEN. KRIS Kobach

**(b)** County of Residence of First Listed Plaintiff: SEDGWICK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SHAWNEE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: ASST ATTY GEN. JAMES E. TODD

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X]1  DEF [X]1

## IV. NATURE OF SUIT
- [X] 440 Other Civil Rights

## V. ORIGIN
- [X] 1 Original Proceeding
- [X] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **TITLE VI CIVIL RIGHTS VIOLATION**
Brief description of cause: **RACIAL, SEXUAL DISCRIMINATION; THIEF**

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 1,200,000
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
DOCKET NUMBER: 25-1174-EFM-BGS

DATE: 10-26-2025

SIGNATURE OF ATTORNEY OF RECORD

```
FROM:              (316) 794-9448        SHIP DATE: 27OCT25
CARL WATSON                              ACTWGT: 0.10 LB
                                         CAD: 6570327/ROSA2670
Apt 11                                   DIMMED: 12 X 9 X 1 IN
11629 E Gemstone Ln Apt 11
WICHITA KS 67226                         BILL 3rd PARTY
US
```

TO **Clerks Office**

**401 N Market**
**Rm 204**
**WICHITA KS 67202**                                     (US)
(316) 315-4200          REF:
INV:                    DEPT:
PO:

**FedEx Ground**
**G**

TRK# 8855 2193 4587

9622 0417 3 (000 448 407

259-8519
06/2 TUE 10/28 04:28
CLERKS OFFICE
401 N MARKET ST
RM 204
WICHITA KS
67202-2003-54