FILED
U.S. District Court
District of Kansas

JAN 14 2026

Clerk, U.S. District Court
By _____ Deputy Clerk

CLERK

United States District Court

for the

Federal District of KS

Wichita District

| | | |
|---|---|---|
| Carl E. Watson, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:25-cv-01174-EFM-BGS |
| Kris Kobach, in his capacity as | ) | |
| Attorney General of the State of | ) | |
| Kansas, et al. | ) | |
| Defendant. | ) | |

**EXHIBIT Z1 AND Z2**

Carl E. Watson

7130 W Maple St., Ste 230, PMB 241,

Wichita, KS 67209.

cewatsonengr@aol.com

913-127-01275

EXHIBIT Z1 and Z2.

I. This Exhibit was given to me on my second visit to the KS DMV by a white female employee when she asked me to get the two MVR'S.

A. I needed to have the GA alleged driver's license, and it was given on this exhibit Z1 otherwise I would not have been able to get the GA MVR.

1. Note the contradictions when I allegedly was issued the GA drivers license dated 01/12/1999 compared to the one on this EX-Z1 which states 04/07/1999.

a. This white female employee had my TN drivers license the day that I visited the KS DMV. GA did not list that I had a TN driver's license, but it should have indicated that I turned in my TN drivers license when I applied for and received a GA driver's license.

2. On this Exhibit it states that I had a U.S. PO Box in GA when I did not ever have one.

3. She also circled the GA and wrote how I can solve the issue's number.


4. Note the information at the bottom of both pages where this Exhibit derived.

a. I attempted to search for the site, but it must be a secure site from the State of KS that only the employees can open. This is the First person of Defamation.

b. The DMV would not accept my receipt for $25.00 paid to the GA DDS for the suspension. Second person of Defamation is KS DMV.

+

Thank you. Sincerely,

s/ CE Watson, Carl E Watson, 7130 W Maple St., Ste 230, Wichita, KS 67209.

cewatsonengr@aol.com. 913-712-0194.

CERTIFICATE OF SERVICE

The following transaction was sent by Carl E. Watson on 01/13/2026 at 12pm CST.

I hereby certify that on January 13, 2026, but I did not electronically file the foregoing with the Court using the CM/ECF yet, but I plan on trying, soon.

This was sent through FedEx to the Court's clerk on 01/13/2026.

Represented by:

1. James Eric Todd, the Assistant Attorney General, Office of the Attorney General, 120 SW 10TH Ave, 2nd Floor, Topeka, Kansas 66612-1597. james.todd@ag.ks.gov. (785) 296-3767. Attorney for Defendant.

2. The other defendant is the Attorney General of Georgia, Cris Carr, 40 Capitol Square, SW, Atlanta, GA 30334. 1-800-436-7442 or 404-651-8600.

a. I do not know who the attorney is for the AG.

Sincerely,

s/ C.E. Watson, Pro se party,

Carl E. Watson has registered with the District Court, and my registration has been accepted and approved. I will motion to electronically file in the court as soon as possible even though I would like to ECF/CM now.

Email: cewatsonengr@aol.com

Address: 7103 W. Maple St., Ste 230,

PMB 241,

Wichita, KS 67209.

913-712-0194.



